A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

RECEIVED
APR 15 2014
STEPHEN C. RIEDLINGER
U.S. MAGISTRATE JUDGE
MIDDLE DISTRICT OF LOUISIANA

Steven Paul Buras
Plaintiff

Doc# 428006/ Calcasieu Corr. # 179984
Inmate Number

VERSUS

East Baton Rouge Parish Prison
Emergency Medical Services
Nurse Williams
Dr. Leggio (Prison Dentist)
Linda Ottesen (Prison Health Care Manager)

(Enter above the full name of each
defendant in this action.)

Electronic Filing Pilot Program
　　In accordance with the Procedural Rules for Electronic Filing Pilot Project, General Order 2012-01, inmates who reside in or are transferred into Louisiana Department of Corrections facilities participating in the Electronic Filing Pilot Program shall receive orders, notices and judgments by Notice of Electronic Filing ("NEF").

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

　　The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same**.

　　In order for this complaint to be filed, it must be accompanied by the filing fee of $350.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

　　If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, <u>DO NOT INCLUDE EXHIBITS</u>.

Submit the complaint and pauper affidavit to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.   Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (✓) No ( )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): *Steven P. Burns*

   Defendant(s): *East Baton Rouge Parish Prison Medical Department*

2. Court (if federal court, name the district; if state court, name the parish): *First filed Louisiana Eastern District (Docket # 2:13-cv-06290) then referred to Middle District of Louisiana (Docket # 3:13-cv-00784-JJB-SCR)*

3. Docket number: *3:13-cv-00784-JJB-SCR*

4. Name of judge to whom case was assigned: *Honorable James J. Brady Magistrate Judge Honorable Stephen C. Riedlinger*

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): *Dismissed for failure to prosecute pursuant to Local Civil Rule 41.2 Because the court couldn't locate or contact me.*

6. Date of filing lawsuit: _____
7. Date of disposition: *1. 21, 2014*

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
   Yes ( )    No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.
_____
_____

II. Place of present confinement: _Calcasieu Correctional Center / Lake Charles_

A. Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. _13-0649, 13-0650, 13-0651 and the last one I wrote was never answered or responded to._
2. What steps did you take? _I wrote numerous grievances, begged to have proper care to my teeth to alleviate the problem_
_____

3. What was the result? _No result, was given an appointment to have oral surgery done. The prison never got me to the appointment. Got shipped to another facility/prison when they found out about the civil suit._
D. If your answer is No, explain why not: _____
_____

III. Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) _Steven P. Burns #179984_
Address _Calcasieu Corr. Center P.O. Box 2017 Lake Charles, La 70602_
Physical Address: _5410 E. Broad St. Lake Charles, La 70615_

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

IV. Statement of Claim Continued

① and informed me that the Nurse, Nurse Williams refused to see me. She denied my request for Emergency Medical Attention.

Deputy Robertson informed me to try the Medical Emergency again the next morning when a different shift came to work. I notified Mrs. Campo of what happened the previous night. She instructed me to talk to the Nurse when she came around with the pill cart.

I told Nurse Bates what was going on and she put me on Motrin and set me an appointment for Sept 4th to see the Prison Physician. The 4th came and went and I never talked to the Doctor and had to wait, to get on the Antibiotics I needed, until Sept 13th.

I saw the Prison Dentist and he put me on the Antibiotics I needed and told me he was going to set me up an Outside Clinic Appointment soon.

I spent weeks in Chronic Pain, having to make Medical Emergencies to get back on more antibiotics.

I was denied medical attention again by another Nurse, Cindy Versailles. She told me in front of Deputy Honoré that she was not going to do the paperwork for my tooth problem. All I was seeking that day was some gauze pads to control my profuse bleeding. Deputy Honoré initially brought me up there because I asked him for some salt to make a salt water rinse. He said he couldn't just give me that he had to get it approved by Medical.

On October 30th I was supposed to finally get the Oral Surgery I needed but was never brought the appointment at the Outside Clinic. The Prison and its Medical Department failed to bring me to the appointment. Linda Ottesen the Prison Health Care Manager was fully aware of what was going on within her Department due to me writing numerous grievance forms.

[over] →

IV. Continued

Also I recieved some legal mail from the court where I originally filed this civil suit and was made to open it up in front of an Investigative Captain, Mr. Caderette because I had legal mail the prior week which contained evidence, pieces of bloody rags, gauze, teeth, ect. and the mail Deputy alerted him (Cpt. Caderette). Mr. Caderette asked what was going on when I opened the legal mail infront of him and he saw more evidence bloody rags sealed in a biohazard bag I got from medical. He told me I couldn't have the evidence back and that he would dispose of it. He asked me who my lawyer was on this matter and I told him I wouldbe Pro Se. He said he was going to "Get on the Woman over the Medical Dept" about the mis-treatment.

That next day I went to the Parole Board (Oct. 31st) and they recommended I go through the Blue Walters Program.

On Saturday that same week - November 1st I had to make another Medical Emergency for the profuse bleeding and heavy chronic pain. The Medical Dept. never contacted the Control Deputy that day back. Deputy Brignac called them and they said they were to busy to see me. So Deputy Brignac after seeing the bloody rag I was carrying around told me to just walk up there with the inmates going to take Insulin. I went up there with them. Nurse Steve at first didn't want to see me about a "toothache" and was indifferent to the medical need until I showed him the blood filled rag. He instantly had me start filling out an emergency request form and said he was going to check his computer to see if I was on a list to see the Dentist. He told me that

(6)

IV contd.

I was supposed to have Oral Surgery 3 Days prior on Oct. 30th and showed me this on the computer. I was shipped away from East Baton Rouge Parish Prison that following Monday Nov. 3rd.

B. Defendant Dasha Williams is employed as Nurse - Emergency Medical Services at East Baton Rouge Parish Prison.

C. Additional Defendants: Dr. Leggio - Prison Dentist East Baton Rouge Parish Prison and Linda Ottesen - Prison Health Care Manager East Baton Rouge Parish Prison

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Sept. 1st I was experiencing rapid swelling of my gums around my wisdom along with an extreme amount of pain and extreme profuse and heavy bleeding from my teeth/mouth. I had to sit in the "Dayroom" T.V. area close to the toilets due to nausea. Deputy Dismukes, a guard working the tier I was on that night, came by and inquired on what was wrong with me. I told him, he asked if I wanted to make a Medical Emergency. I stated I would and he alerted the Control Key Deputy - Mr. Robertson. A few hours passed and Deputy Robertson called me up to the Control Key. Before I could say anything he passed a Inmate Grievance Form through the hatch hole

[See separate sheet]

V.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. To ensure I get the proper Oral Surgery for my Broken/Impacted Wisdom Teeth by the Defendants, That the Defendants pay any/all court costs, That the court order the Defendants compensate me for my substantial pain and mental anguish in the amount of $500,000.00

VI.  Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

4. I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this _____ day of _____, 20 _14_.

_Steven P. Burns_
Signature of plaintiff(s)

Steven Paul Burns #17??84
Calcasieu Corr. Center    Dec Housed@
P.O. Box 2017
Lake Charles, La.
70602

NOT CENSORED
NOT RESPONSIBLE FOR CONTENTS
INMATE MAIL CSP

United States District Court
Middle District of Louisiana
Atta: Honorable Stephen C. Riedlinger
777 Florida St. Suite 139
Baton Rouge, La
70801-1712

BATON ROUGE
LA 708 2 T
14 APR 2014 PM

FOREVER USA
Bank Swallow