UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STEVEN PAUL BURNS (#428006)

VERSUS

EAST BATON ROUGE PARISH PRISON

CIVIL ACTION

NUMBER 14-245-JWD-SCR

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report to which an objection was filed:

**IT IS ORDERED** that Plaintiff's Motion for Partial Summary Judgment (Doc. 12), and the Rule 12(b)(6) Motion to Dismiss on Behalf of Vincent Leggio, DDS (Doc. 20) are denied without prejudice to the parties filing dispositive motions addressing the facts and claims asserted in the plaintiff's Verified Complaint for Damages and Injunctive Relief.

Signed in Baton Rouge, Louisiana, on December 18, 2014.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA