UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STEVEN PAUL BURNS (#428006)

VERSUS

EAST BATON ROUGE PARISH PRISON

CIVIL ACTION

NUMBER 14-245-JWD-SCR

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report issued March 17, 2015, to which an objection was filed:

**IT IS ORDERED** that the Rule 12(b)(6) Motion to Dismiss on Behalf of Vincent Leggio, DDS is granted, and without leave to amend because there is no conceivable, non-frivolous federal claim he could assert against the defendant consistent with the facts alleged in his complaint.

Signed in Baton Rouge, Louisiana, on May 7, 2015.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA