# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

STEVEN PAUL BURNS (#428006)

VERSUS

EAST BATON ROUGE PARISH PRISON

CIVIL ACTION

NUMBER 14-245-JWD-SCR

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report issued March 17, 2015, to which no objection was filed:

**IT IS ORDERED** that the Motion to Dismiss pursuant to Rule 12(b)(1), filed by defendants East Baton Rouge Parish Prison Medical Services, Linda Ottesen, and Dachel Williams is denied and this matter be referred back to the magistrate judge for further proceedings.

Signed in Baton Rouge, Louisiana, on May 7, 2015.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA