UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STEVEN PAUL BURNS (#81494)

VERSUS

EAST BATON ROUGE PARISH PRISON
EMERGENCY MEDICAL SERVICES, ET AL.

CIVIL ACTION

NUMBER 14-245-JWD-EWD

O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report issued March 4, 2016, to which an objection was filed:

**IT IS ORDERED** that the Defendants' Motion to Dismiss (R. Doc. 78) is granted in part, dismissing the Plaintiff's claims asserted against defendant Dachel Williams, with prejudice, dismissing the Plaintiff's claims arising under the Americans With Disabilities Act, and dismissing the Plaintiff's claim for prospective injunctive relief.

**IT IS FURTHER ORDERED** that the Motion to Dismiss is otherwise denied and that this matter be referred back to the Magistrate Judge for further proceedings in connection with the Plaintiff's claim for monetary damages asserted against Linda Ottesen for the alleged violation of the Plaintiff's constitutional rights through deliberate indifference to his serious medical needs in September and October 2013.

Signed in Baton Rouge, Louisiana, on March 21, 2016.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA