UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**STEVEN PAUL BURNS (#81494)**

**CIVIL ACTION**

**VERSUS**

**NUMBER 14-245-JWD-EWD**

**EAST BATON ROUGE PARISH PRISON EMERGENCY MEDICAL SERVICES, ET AL.**

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report issued September 6, 2017, (Doc. 185), and to which an objection was filed on September 19, 2017, (Doc. 187):

**IT IS ORDERED** that Plaintiff's claims asserted against Prison Medical Services be dismissed for the reasons stated in the Magistrate Judge's Report and Recommendation dated March 4, 2016 (R. Doc. 137).

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (R. Doc. 183) be denied and that the Motion for Summary Judgment of Defendant Linda Ottesen (R. Doc. 154) be granted, dismissing Plaintiff's claims asserted against Defendant Ottesen, with prejudice, and that this action be dismissed.

Signed in Baton Rouge, Louisiana, on September 21, 2017.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**